PROB 12C
(6/16)

Report Date: December 2, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Frants Trushkov                    Case Number: 0981 2:16CR00154-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable John C. Coughenour, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 15, 2013

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: | Prison 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: November 14, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 13, 2021 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Frants Trushkov violated the terms of his supervised release by being charged with Driving Under the Influence, in violation of RCW 46.61.502, which carries a maximum penalty of up to 1 year incarceration, on or about November 24, 2016. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Frants Trushkov violated the terms of his supervised release by being cited for driving with wheels off roadway, in violation of RCW 46.61.670, on or about November 24, 2016. |

Prob12C
**Re: Trushkov, Frants**
December 2, 2016
Page 2

    3    **Special Condition #1:** The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol. The defendant shall also abstain from the use of alcohol and/or other intoxicant during the term of supervision. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer.

    **Supporting Evidence:** Frants Trushkov violated the terms of his supervised release by consuming alcohol, on or about November 24, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 2, 2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

12/02/2016
Date